
20180618103223

| AO 440 (Rev. 06/12) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|
| SERVICE OF: **SUMMONS, SECOND AMENDED COMPLAINT, CIVIL COVER SHEET, ATTACHMENT** EFFECTED (1) BY ME: **NUNO VEIGA** TITLE: **PROCESS SERVER** | DATE: **6/19/2018 11:35:14 AM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant

TOM KANDZIORA

Place where served:

16 THOMPSON STREET   BERNARDSVILLE   NJ   07924

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

TOM KANDZIORA

Relationship to defendant   **SELF**

Description of Person Accepting Service:

SEX: M   AGE: 36-50   HEIGHT: 5'9"-6'0"   WEIGHT: OVER 200 LBS.   SKIN: WHITE   HAIR: GRAY   OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

## STATEMENT OF SERVER

TRAVEL $ _____.____   SERVICES $ _____.____   TOTAL $ _____.____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 6/19/2018                              _____ L.S.
SIGNATURE OF NUNO VEIGA
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:   JOHN C. ATKIN, ESQ.
PLAINTIFF:    STRIKE 3 HOLDINGS, LLC
DEFENDANT: TOM KANDZIORA
VENUE:         DISTRICT
DOCKET:       3 18 CV 00905 MAS DEA
COMMENT:

ROSEMARY RAMOS  6/19/18
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Sept. 25, 2018

# Power of Attorney

I, NUNO VEIGA of full age being duly sworn accordance to law deposes and says:

1. I am a professional process server and have served process as a fulltime server of process in New Jersey since 2004.
2. All process in New Jersey must be served in accordance with Rules, 1:9, 4:4 and 6:2 all of which I am familiar with.
3. Proofs of service for a summons and complaint must comply with that which is described in R.4:4-7.
4. I am extending a limited power of attorney to Guaranteed Subpoena Service Inc., all supervisors or officers to sign proofs of service in my stead and in my place for services which are completed by me and for which I have provided to Guaranteed Subpoena Service, Inc. an e-mail, fax or proofs as to the completed service communicated by telephone which is documented on the status page of the computers at Guaranteed Subpoena Service, Inc..
5. Any supervisor or officer of Guaranteed Subpoena Service, Inc. has my authorization to sign my affidavits of service in my stead and in my place as provided above.

_____
Process Server

Dated: January 2, 2018
Expires: December 31, 2018

Sworn and Subscribed:
Before me this 2 of Jan, 2018

ROBYN BROOK
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires June 8, 2021

ROBYN BROOK
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires June 8, 2021